IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00086-KLM

TERREL A. DOBKINS, and
NANCY NEY DOBKINS,

    Plaintiff,

v.

TATRO CONSTRUCTION CO., LLC, and
DONALD WILBUR TATRO,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiffs' Unopposed Motion to Vacate Scheduling Conference** [#20][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#20] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for May 14, 2015 at 9:30 a.m. is **VACATED**. The Court will reset the Scheduling Conference, if necessary, after resolution of Plaintiffs' Motion for Judgment on the Pleadings [#16].

    Dated: May 13, 2015

---

[1] "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.