IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00086-RPM

TERRELL A. DOBKINS and
NANCY NEY DOBKINS,

     Plaintiffs,

v.

TATRO CONSTRUCTION CO., LLC, and
DONALD WILBUR TATRO,

     Defendants.

_____

ORDER DENYING DEFENDANTS' MOTION TO DISMISS AND DIRECTING
RESPONSE TO PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS
_____

Upon consideration of the Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction [Doc. 22], and the plaintiffs' response [Doc. 24], it is

ORDERED that the Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction is denied, and it is

FURTHER ORDERED that the defendants shall respond to the Plaintiffs' Motion for Judgment on the Pleadings [Doc. 16] on or before June 15, 2015.

DATED:    May 28$^h$, 2015

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior Judge