## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00086-RPM

TERRELL A. DOBKINS and NANCY NEY DOBKINS,

      Plaintiffs,

v.

TATRO CONSTRUCTION CO., LLC and
DONALD WILBUR TATRO

      Defendants.

## ORDER GRANTING STIPULATED MOTION FOR DISMISSAL
## WITH PREJUDICE

**THIS MATTER** comes before the Court on Plaintiffs Terrell A. Dobkins and Nancy Ney Dobkins, and Defendants Tatro Construction Co., LLC and Donald Wilbur Tatro's Stipulated Motion for Dismissal with Prejudice, the Court being fully advised of the premises,

**HEREBY** dismisses this matter with prejudice, all parties to bear their own costs and attorneys' fees.

Dated this 13th day of August, 2015.

                                              s/Richard P. Matsch

                                              _____
                                              Richard P. Matsch, Senior District Judge